February 8, 1909.

————o————

## No. 4622.

(Court of Appeal, Parish of Orleans.)

SUCCESSION OF MRS. LOUISE HUGON, WIDOW OF J. B. PRADOT.

Appeal from the Civil District Court. Division "E."

R. J. Maloney, J. P. Sullivan and A. Landry, for Succession and Appellant.

B. Y. Wolf and T. B. Walker, for Defendant and Appellee.

MOORE, J.  In accordance with a stipulation to that effect filed and of record herein this appeal is dismissed.